**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re: Caylor, Kevin E. § Case No. 13-44536-MAR
Caylor, LouAnn §
§
§
Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/08/2013. The undersigned trustee was appointed on 01/26/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of                $   138,634.18

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 61,981.12 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 51,798.55 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 24,854.51 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/05/2017 and the deadline for filing governmental claims was 07/25/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,591.78. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,591.78, for a total compensation of $7,591.78[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/31/2018     By: /s/ Homer McClarty
                         Trustee , Bar No.: P26670

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 13-44536-MAR
Case Name: Caylor, Kevin E.
Caylor, LouAnn

For Period Ending: 01/31/2018

Trustee Name: (420370) Homer McClarty
Date Filed (f) or Converted (c): 03/08/2013 (f)
§ 341(a) Meeting Date: 05/17/2013
Claims Bar Date: 09/05/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Personal Injury Settlement (u)<br>Amendment filed 4/11/17 [docket no. 52] adding asset and exemption<br>Amendment filed 4/6/17 [docket no. 48] adding asset and exemption (deficiency issued)<br>Amendment filed 3/28/17 [docket no. 36] adding asset and exemption (stricken) | 137,468.10 | 19,000.00 | | 138,634.18 | FA |
| 2 | House - 24664 Oriole, Taylor, MI 48180 | 65,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash - approx. (H) | 20.00 | 0.00 | | 0.00 | FA |
| 4 | Cash - approx. (W) | 30.00 | 0.00 | | 0.00 | FA |
| 5 | Rivers Edge Credit Union - approx | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Lake Trust Credit Union - approx. | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Household goods | 8,000.00 | 0.00 | | 0.00 | FA |
| 8 | Misc. books, pictures, etc. | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Personal/apparel (H) | 250.00 | 0.00 | | 0.00 | FA |
| 10 | Personal/Apparel (W) | 250.00 | 0.00 | | 0.00 | FA |
| 11 | Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 12 | Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | Camera & sports equipment | 200.00 | 0.00 | | 0.00 | FA |
| 14 | Term insurance (H) | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Term insurance (W) | 0.00 | 0.00 | | 0.00 | FA |
| 16 | 401k, approx. (H) | 6,661.44 | 0.00 | | 0.00 | FA |
| 17 | 401k, approx. (W) | 10,541.77 | 0.00 | | 0.00 | FA |
| 18 | Est. 2013 tax refund | Unknown | 0.00 | | 0.00 | FA |
| 19 | 2011 Ford Explorer - lease | 0.00 | 0.00 | | 0.00 | FA |
| 20 | 2008 Chevy Impala | 8,600.00 | 0.00 | | 0.00 | FA |
| 21 | 1981 Chevrolet Impala | 10,000.00 | 0.00 | | 0.00 | FA |
| 22 | 2 cats | 0.00 | 0.00 | | 0.00 | FA |
| **22** | **Assets Totals (Excluding unknown values)** | **$250,121.31** | **$19,000.00** | | **$138,634.18** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 13-44536-MAR  
**Case Name:** Caylor, Kevin E.  
Caylor, LouAnn  
**For Period Ending:** 01/31/2018

**Trustee Name:** (420370) Homer McClarty  
**Date Filed (f) or Converted (c):** 03/08/2013 (f)  
**§ 341(a) Meeting Date:** 05/17/2013  
**Claims Bar Date:** 09/05/2017

**Major Activities Affecting Case Closing:**

01/26/17 Estimated gross settlement award (before fees and expenses) is $137,468.10

**Current Projected Date Of Final Report (TFR):** 01/31/2018 (Actual)    **Initial Projected Date Of Final Report (TFR):** 01/31/2018

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| | |
|---|---|
| **Case No.:** | 13-44536-MAR |
| **Case Name:** | Caylor, Kevin E. Caylor, LouAnn |
| **Taxpayer ID #:** | **-***8385 |
| **For Period Ending:** | 01/31/2018 |

| | |
|---|---|
| **Trustee Name:** | Homer McClarty (420370) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4100 Checking |
| **Blanket Bond (per case limit):** | $2,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/04/18 | | Boston Scientific QSFII Freese & Goss | Net proceeds of personal injury settlement per court order entered 10/27/17 [docket no. 69] | | 76,653.06 | | 76,653.06 |
| | {1} | Boston Scientific QSFII Freese & Goss | Gross personal injury settlement per court order entered 10/27/17 [docket no. 69]  $138,634.18 | 1242-000 | | | 76,653.06 |
| | | Garretson Resolution Group | Settlement administration and lien resolution services per court order entered 10/27/17 [docket no. 69]  -$707.76 | 2990-000 | | | 76,653.06 |
| | | Freese & Goss, PLLC | Special Counsel for Trustee fees per court order entered 10/27/17 [docket no. 69]  -$52,682.52 | 3210-600 | | | 76,653.06 |
| | | Freese & Goss, PLLC | Special Counsel for Trustee expenses per court order entered 10/27/17 [docket no. 69]  -$1,662.96 | 3220-610 | | | 76,653.06 |
| | | MDL Assessment | MDL Fee Assessment 5% per court order entered 10/27/17 [docket no. 69]  -$6,927.88 | 2990-000 | | | 76,653.06 |
| 01/29/18 | 101 | Louann Caylor | 11 U.S.C. §§ 522 (d)(5) and 522(d)(11)(D) exemptions per court order entered 10/27/17 [docket no. 69] | 8100-002 | | ! 32,270.00 | 44,383.06 |
| 01/29/18 | 102 | Louann Caylor | 11 U.S.C. § 522(d)(11)(E) exemption per court order entered 10/27/17 [docket no. 69] | 8100-002 | | ! 19,528.55 | 24,854.51 |
| | | **COLUMN TOTALS** | | | 76,653.06 | 51,798.55 | $24,854.51 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 76,653.06 | 51,798.55 | |
| | | | Less: Payments to Debtors | | | 51,798.55 | |
| | | **NET Receipts / Disbursements** | | | **$76,653.06** | **$0.00** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 13-44536-MAR | **Trustee Name:** | Homer McClarty (420370) | |
| **Case Name:** | Caylor, Kevin E. <br> Caylor, LouAnn | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***8385 | **Account #:** | ******4100 Checking | |
| **For Period Ending:** | 01/31/2018 | **Blanket Bond (per case limit):** | $2,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4100 Checking | $76,653.06 | $0.00 | $24,854.51 |
| | **$76,653.06** | **$0.00** | **$24,854.51** |

**Case: 13-44536-MAR KEVIN E. CAYLOR AND LOUANN CAYLOR**

**Claims Bar Date:** 9/5/17 12:00

| Claim # | Claimant Name | Claim Type | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Homer McClarty<br>19785 West Twelve Mile Road #331<br>Southfield, MI 48076 | Admin Ch. 7 | | $ 7,591.78 | $0.00 | $7,591.78 |
| | Freese & Goss, PLLC | Admin Ch. 7 | | $ 52,682.52 | $52,682.52 | $0.00 |
| | Freese & Goss, PLLC | Admin Ch. 7 | | $ 1,662.96 | $1,662.96 | $0.00 |
| | Steinberg Shapiro & Clark<br>25925 Telegraph Road<br>Suite 203<br>Southfield, MI 48033 | Admin Ch. 7 | | $ 2,530.00 | $0.00 | $2,530.00 |
| 1 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $ 4,773.98 | $0.00 | $4,773.98 |
| 2 | Dell Financial Services, LLC Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Unsecured | | $ 1,052.33 | $0.00 | $1,052.33 |

| # | Creditor | Type | Claimed | | |
|---|---|---|---|---|---|
| 3 | Capital One, N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | $ 2,610.37 | $0.00 | $2,610.37 |
| | | | NFTP - only paying Louann Caylor's creditors | | |
| 4 | Capital One, N.A. c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | $ 322.82 | $0.00 | $322.82 |
| 5 | Lake Trust Credit Union<br>4605 S. US Hwy. 23<br>Brighton, MI 48114 | Unsecured | $ 15,893.89 | $0.00 | $15,893.89 |
| 6 | WORLD'S FOREMOST BANK CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Unsecured | $ 1,019.33 | $0.00 | $1,019.33 |
| | | **Case Total:** | | **$54,345.48** | **$35,794.50** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-44536-MAR
Case Name: KEVIN E. CAYLOR AND LOUANN CAYLOR
Trustee Name: Homer McClarty

**Balance on hand:** $ 24,854.51

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 24,854.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Homer McClarty | 7,591.78 | 0.00 | 7,591.78 |
| Attorney for Trustee Fees (Other Firm) - Steinberg Shapiro & Clark | 2,530.00 | 0.00 | 2,530.00 |
| Special Counsel for Trustee Fees - Freese & Goss, PLLC | 52,682.52 | 52,682.52 | 0.00 |
| Special Counsel for Trustee Expenses - Freese & Goss, PLLC | 1,662.96 | 1,662.96 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 10,121.78
Remaining balance: $ 14,732.73

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,732.73

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 14,732.73 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).
Timely claims of general (unsecured) creditors totaling $25,672.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 57.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 4,773.98 | 0.00 | 3,049.73 |
| 2 | Dell Financial Services, LLC Resurgent Capital Services | 1,052.33 | 0.00 | 672.25 |
| 3 | Capital One, N.A. | 2,610.37 | 0.00 | 0.00 |
| 4 | Capital One, N.A. c/o Becket and Lee LLP | 322.82 | 0.00 | 206.22 |
| 5 | Lake Trust Credit Union | 15,893.89 | 0.00 | 10,153.36 |
| 6 | WORLD'S FOREMOST BANK CABELA'S CLUB VISA | 1,019.33 | 0.00 | 651.17 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 14,732.73 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**